IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SCOTT KEARNEY, VERONIKA KEARNEY,
and JULIROBI, LLC                                                                                    PLAINTIFFS

VS.                                          CASE NO. 12-CV-1088

DAVID BURNSIDE, BURNSIDE PRODUCING
LLC, REBEL PRODUCING LLC, SUSAN
BURNSIDE, BRADLEY BURNSIDE, and
LARRY HOLDER                                                                                        DEFENDANTS

## ORDER

    Before the Court is Plaintiffs' Motion to Dismiss Parties. (ECF No. 35). Plaintiffs seek to dismiss Defendants Susan Burnside and Bradley Burnside without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), to narrow the issues in the case. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Susan Burnside and Bradley Burnside are hereby **DISMISSED WITHOUT PREJUDICE** from this action.

    **IT IS SO ORDERED**, this 2nd day of August, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge