IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SCOTT KEARNEY; VERONIKA KEARNY;
and JULIROBI, LLC                                                                              PLAINTIFFS

v.                                              CASE NO. 12-CV-1088

DAVID BURNSIDE; BURNSIDE
PRODUCTIONS, LLC; REBEL
PRODUCING LLC; SUSAN BURNSIDE;
BRADLEY BURNSIDE; and LARRY HOLDER                                       DEFENDANTS

## ORDER

Before the Court is a Stipulation of Dismissal as to Separate Defendant Larry Holder. (ECF No. 55). The parties advise the Court that all issues among them as to Separate Defendant Larry Holder have been settled. Accordingly, the claims against Separate Defendant Larry Holder are hereby **DISMISSED WITH PREJUDICE**.

If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 28th day of January, 2014.

                                                                        /s/ Susan O. Hickey
                                                                        Susan O. Hickey
                                                                        United States District Judge